November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,
Appellant

NO. 14-11-00340-CV                      V.

JERRY CHEATHAM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, JERRY CHEATHAM, signed March 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, to pay all costs incurred in this appeal. We further order this decision certified below for observance.